1008

No. 1164. BISHOP *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *James E. Frasier* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1165. FOMBY ET AL. *v.* GEORGIA. Ct. App. Ga. Certiorari denied. *Charles R. Smith* for petitioners.

No. 1166. CARTER *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. *John R. Snively* for petitioner.

No. 1167. ROUX *v.* NEW ORLEANS POLICE DEPARTMENT. Sup. Ct. La. Certiorari denied. *William F. Wessel* for petitioner.

No. 1168. SIGNORELLI *v.* MALLECK. C. A. 2d Cir. Certiorari denied. *William D. Graham* and *Zbigniew S. Rozbicki* for petitioner. *Solicitor General Griswold* for respondent.

No. 1173. UNITED MARINE DIVISION, LOCAL 333, NATIONAL MARITIME UNION, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Richard L. Newman* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 1177. DUFON *v.* WILBUR CURTIS CO., INC., ET AL. C. A. 6th Cir. Certiorari denied. *Albert Lopatin* for petitioner.